# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
AUG 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

United States of America )
vs. ) Case No. 1:18-CR-177-DAD-BAM-1
Kalif Eban Bess )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Kalif Eban Bess__, have discussed with __Margarita Zepeda__, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: You must not obtain a passport or other travel documents during the pendency of this case.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-27-2018     _____  8-27-18
Signature of Defendant    Date          Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              8/27/18
Signature of Assistant United States Attorney        Date
Mark McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              8/27/18
Signature of Defense Counsel                         Date
Reed Grantham

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  8/27/2018
☐ The above modification of conditions of release is *not* ordered.

_____                              8/27/2018
Signature of Judicial Officer                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services