HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KALIF BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00177 DAD-BAM |
|---|---|
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| vs. | |
| KALIF BESS, | Hon. Barbara A. McAuliffe |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Kalif Bess, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Bess agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Bess were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 19, 2018        */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               KALIF BESS

I consent to the above.

Dated: November 19, 2018        *Original signature on file*
                                KALIF BESS
                                Defendant

# O R D E R

GOOD CAUSE APPEARING, the Court grants the Defendant's request for waiver of his personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: __**November 19, 2018**__        ____/s/ *Barbara A. McAuliffe*____
                                        UNITED STATES MAGISTRATE JUDGE