| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | KALIF BESS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00177-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | Date: August 12, 2019 |
| KALIF BESS, | Time: 1:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Mark McKeon, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Kalif Bess, that the status conference hearing currently scheduled for May 13, 2019, at 1:00 p.m. be continued to August 12, 2019, at 1:00 p.m.

Defense counsel has submitted a request for supplemental discovery that the government is in the process of responding to. In addition, the defense needs additional time for review of any new discovery and for further investigation. Lastly, additional time is necessary for plea negotiations.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance

shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

Date: May 8, 2019                     */s/ Mark McKeon*
                                              MARK McKEON
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: May 8, 2019                     */s/ Reed Grantham*
                                              REED GRANTHAM
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              KALIF BESS

## **O R D E R**

IT IS SO ORDERED that the 4th Status Conference is continued from 5/13/2019 to **August 12, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

   Dated: __**May 8, 2019**__                                       /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE