1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    KALIF BESS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No.  1:18-cr-00177-DAD-BAM

12                    Plaintiff,        **STIPULATION TO MODIFY CONDITIONS
                                        OF PRETRIAL RELEASE; ORDER**
13   vs.

14   KALIF BESS,

15                    Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties, through their respective

18   counsel, Assistant United States Attorney Katherine Schuh, counsel for plaintiff, and Assistant

19   Federal Defender Reed Grantham, counsel for defendant Kalif Bess, that the following terms and

20   conditions of Mr. Bess's pretrial release be modified and/or stricken:

21          1.   That condition of release 6 (*see* Dkt. #11 at 2) be modified so that third party

22               custodian Chardesia Stevenson be removed and that Tamica Monroe be added.

23          2.   That Mr. Bess, in accordance with condition of release 7(c) (*see* Dkt. #11 at 2),

24               be permitted to reside at Tamica Monroe's residence.

25          3.   That condition of release 7(j) (*see* Dkt. #11 at 2) be removed and that the bond

26               previously posted be exonerated.

27          Mr. Bess first appeared before this Court on July 31, 2018. *See* Dkt. #4. At the initial

28   detention hearing, held on August 1, 2018, the Court released Mr. Bess, subject to various

1   conditions of pretrial release. *See* Dkt. #11 at 2. Relevant here, Mr. Bess was released to the

2   third-party custody of Chardesia Stevenson and ordered to reside at a location approved by his

3   pretrial services officer. *See* Dkt. #11 at 2. Additionally, his release was secured by the posting of

4   a $10,000 bond on a property owned by his ex-wife Cataundra Bess. *See* Dkt. #11 at 2.

5          Mr. Bess has been on pretrial release since August 10, 2018, a period of 21 months, with

6   no violations of the conditions of his pretrial release.

7          On May 22, 2020, Mr. Bess filed a motion for bail review requesting that the previously

8   appointed third-party custodian, Chardesia Stevenson, be removed and that a new third-party

9   custodian, Tamica Monroe, be added as a third-party custodian. *See* Dkt. #32. He also requested

10  that he be permitted to reside at Tamica Monroe's residence. *See* Dkt. #32. Lastly, Mr. Bess

11  requested that the previously imposed property bond, posted by Mr. Bess's ex-wife, Cataundra

12  Bess, be removed and the bond exonerated. *See* Dkt. #32. In support of the above modifications,

13  Mr. Bess provided Pretrial Services Officer Mark De La Torre information relating to the

14  proposed third-party custodian and residence. A hearing was set for May 29, 2020, at 2:00 p.m.

15  before this Court.

16         On May 28, 2020, Officer De La Torre provided counsel with an updated pretrial services

17  report, recommending that Tamica Monroe be appointed as a third-party custodian, approving of

18  the change in residence, and recommending the exoneration of the property bond previously

19  imposed. On May 29, 2020, undersigned counsel contacted government counsel to determine

20  whether the government opposed the proposed modifications. Government counsel has indicated

21  that the government has no objections to the proposed modifications.

22  //

23  //

24  //

25  //

26  //

27  //

28

1         In light of the above, the parties request that the above conditions be modified, with all

2  other previously imposed terms and conditions remaining in full force and effect. Additionally,

3  the parties request that the bail review hearing set for May 29, 2020, at 2:00 p.m. be vacated.

4

                                                 Respectfully submitted,

5

                                                 McGREGOR W. SCOTT

6                                               United States Attorney

7

8  Dated:  May 29, 2020            */s/ Katherine Schuh*

                                            KATHERINE SCHUH

9                                           Assistant United States Attorney

                                          Attorney for Plaintiff

10

11

12                                          HEATHER E. WILLIAMS

                                          Federal Defender

13

14  Date: May 29, 2020             */s/ Reed Grantham*

                                          REED GRANTHAM

15                                          Assistant Federal Defender

                                          Attorney for Defendant

16                                          KALIF BESS

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

IT IS SO ORDERED.

3

    1.  Condition of release 6 is hereby modified so that third party custodian Chardesia

4

        Stevenson is removed and that Tamica Monroe is added.

5

    2.  In accordance with condition of release 7(c), Mr. Bess is hereby permitted to

6

        reside at Tamica Monroe's residence.

7

    3.  Condition of release 7(j) is hereby removed and the bond previously posted is

8

        exonerated.

9

    All other conditions previously imposed remain in full force and effect. The bail review

10

hearing set for May 29, 2020, is hereby vacated.

11

12

IT IS SO ORDERED.

13

    Dated:  __**May 29, 2020**__           __/s/ Erica P. Grosjean__

14

                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28