HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KALIF BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KALIF BESS,<br><br>Defendant. | Case No.  1:18-cr-00177-DAD-BAM<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY; ORDER THEREON** |
|---|---|

Defendant Kalif Bess hereby moves this court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the Deed of Trust currently on file with the Fresno County Recorder as Deed # 2018-0097370 and original straight note.

On August 1, 2018, a detention hearing was held in this matter. *See* Dkt. #7. At the detention hearing, Mr. Bess was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included a $10,000 property bond. *See* Dkt. #7, 11, 12. The secured bond was posted by Cataundra Bess as follows:

| 08/09/2018 | 13 | **COPY OF DEED OF TRUST** #2018-0097370 and Original Straight Note RECEIVED, posted by Cataundra Bess as to Kalif Eban Bess. (Sant Agata, S) (Entered: 08/10/2018) |
|---|---|---|

On May 29, 2020, the Court signed a stipulation filed by the parties exonerating the $10,000 property bond posted in this case:

| 05/29/2020 | 34 | ORDER re Stipulation to Modify Conditions of Pretrial Release, signed by Magistrate Judge Erica P. Grosjean on 5/29/2020 as to Kalif Eban Bess. The bail review hearing set for May 29, 2020, is hereby VACATED. (Rivera, O) (Entered: 05/29/2020) |
|---|---|---|

Since no conditions of the bond remain to be satisfied, Mr. Bess requests that the court exonerate the bond and reconvey the subject property to Cataundra Bess pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated:  June 2, 2020                                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender


                                                         /s/ Reed Grantham
                                                        REED GRANTHAM
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        KALIF BESS


**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $10,000 Deed of Trust currently on file with the Fresno County Recorder (#2018-0097370) and original straight note in the above-captioned case and reconvey the real property to Cataundra Bess.

IT IS SO ORDERED.

   Dated:   **June 2, 2020**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE