# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 2 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America**<br>**vs.**<br>Kalif Eban Bess | ) )<br>) )<br>) **Case No.**   1:18-CR-00177-DAD-BAM-1 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Kalif Eban Bess _____ , have discussed with _____ Anthony Perez _____ , Pretrial Services Officer, modifications of my release conditions as follows:

The defendant's current third party custodian, Tamica Monroe, is removed, and replaced with the defendant's sister, Gwendolyn Starlette Leavell.
The previous condition that the defendant is permitted to reside with Tamica Monroe is removed.
All other previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

/s/ Kalif Eban Bess
Signature of Defendant

August 19, 2020
Date

/s/ Anthony Perez
Pretrial Services Officer

August 19, 2020
Date

I have reviewed the conditions and concur that this modification is appropriate.

/s/ Katherine Schuh
Katherine Schuh
Signature of Assistant United States Attorney

August 19, 2020
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

/s/ Reed Grantham
Reed Grantham
Signature of Defense Counsel

August 19, 2020
Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___8/20/2020___ .

☐ The above modification of conditions of release is *not* ordered.

Erica P. Grosjean
Signature of Judicial Officer

8/20/2020
Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services